**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6629**

DWAIN C. FERRELL,

        Plaintiff - Appellant,

    v.

VALERIE LANGLEY,

        Defendant - Appellee,

    and

JOHN DOE 1-3, Medical Doctors at Utilization Review Board,

        Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-ct-03286-M)

Submitted:  February 26, 2024                Decided:  April 16, 2024

Before HARRIS and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dwain Ferrell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwain C. Ferrell, a North Carolina inmate, appeals the district court's order and judgment dismissing in part his civil rights complaint against the John Doe Defendants pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim, and granting summary judgment to the remaining Defendant. We affirm.

We review de novo the dismissal of a complaint under § 1915(e)(2)(B) for failure to state a claim, "accepting all well-pleaded allegations in the plaintiff's complaint as true and drawing all reasonable factual inferences from those facts in the plaintiff's favor." *Martin v. Duffy*, 858 F.3d 239, 248 (4th Cir. 2017) (internal quotation marks omitted). We have reviewed Ferrell's complaint and agree with the district court that Ferrell failed to state a claim of deliberate indifference against the John Doe Defendants. We also "review de novo the district court's grant of summary judgment." *Knibbs v. Momphard*, 30 F.4th 200, 213 (4th Cir. 2022). "Summary judgment is only appropriate 'if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.'" *Id.* (quoting Fed. R. Civ. P. 56(a)). De novo review requires this Court to view "the facts in the light most favorable to [Ferrell] to determine the applicable questions of law and . . . draw[] all reasonable inferences from those facts in [Ferrell's] favor[.]" *Id.* (internal quotation marks omitted). After reviewing the record, we conclude that the remaining Defendant was properly granted summary judgment.

3

Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*